**Fill in this information to identify the case:**

Debtor name: Open Range Property LLC

United States Bankruptcy Court for the: Eastern　　District of: CA (State)

Case number (If known): 25-24089-A-11

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals　　　　12/15

### Part 1:　Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................................　$ 2,000,000.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B..........................................................................　$ 0.00

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................................　$ 2,000,000.00

### Part 2:　Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............　$ 900,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................　$ 2,046,348.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........　+ $ 0.00

4. **Total liabilities**........................................................................................
   Lines 2 + 3a + 3b　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 2,946,348.00